**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Manuel Gomez**     JOINT DEBTOR: _____     CASE NO.: _____
Last Four Digits of SS# **xxx-xx-2479**     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A.  $ **2,910.00**  for months  **1**  to  **60** ;
- B.  $ _____  for months  _____ to _____ ;
- C.  $ _____  for months  _____ to _____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $  **4,040.00**   TOTAL PAID $  **2,102.50**
Balance Due  $  **1,937.50**  payable $ **645.83** /month  (Months **1** to **3** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **CitiMortgage Inc.**   Arrearage on Petition Date  $ **11,091.14**
   Address: **1000 Technology Drive; Mail Station 420; O Fallon, MO 63368**   Arrears Payment $ **221.82** /month  (Months **3** to **52** )
   Account No: **770736671**   Regular Payment $ **1,559.82** /month  (Months **1** to **60** )

2. **Southbridge Homeowners Association, Inc**   Arrearage on Petition Date  $ **27,291.39**
   Address: **c/o Daniel Wasserstein, Esq.; Wasserstein, P.A.; 301 Yamato Road, Suite 2199; Boca Raton, FL 33431**   Arrears Payment $ **545.83** /month  (Months **3** to **52** )
   Account No: _____   Regular Payment $ **270.00** /month  (Months **1** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**     Total Due  $ _____
         Payable  $ _____ /month  (Months __ to __ )   Regular Payment $ _____

Unsecured Creditors: Pay $ **781.20** /month (Months **52** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-

**Assumed Contracts and/or Leases**
AT&T           Cellular Contract, $106.00 per month, 24 Month Contract, Expires 10/2016
**Assumed Contracts and/or Leases**
Southeast Toyota Finance     Vehicle Lease, 2016 Toyota Camry, 900 Miles, 36 Month Lease, 35 Months Remaining at $422.84 per month

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Manuel Gomez**
**Manuel Gomez**
Debtor

Date:   **May 11, 2016**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                                                   Best Case Bankruptcy