Certificate Number: 00927-FLS-DE-027555930

Bankruptcy Case Number: 16-16796



00927-FLS-DE-027555930

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 6, 2016, at 3:41 o'clock AM EDT, Manuel Gomez completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: June 6, 2016

By: /s/OLIVIA MARTINEZ for RICHARD A GARCIA

Name: RICHARD A GARCIA

Title: PRESIDENT and INSTRUCTOR