UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
CHAPTER 13 PLAN (Individual Adjustment of Debts)
☑ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Manuel Gomez**   JOINT DEBTOR: _____   CASE NO.: **16-16796**
Last Four Digits of SS# **xxx-xx-2479**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **2,910.00** for months **1** to **60** ;
B. $ _____ for months ___ to ___ ;
C. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,650.00**   TOTAL PAID $ **2,102.50**
Balance Due $ **1,547.50** payable $ **773.75** /month (Months **1** to **2** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **CitiMortgage Inc.**   Arrearage on Petition Date $ **11,091.14**
Address: **1000 Technology Drive; Mail Station 420; O Fallon, MO 63368**
Account No: **770736671**   Arrears Payment $ **221.83** /month (Months **3** to **52**)
Regular Payment $ **1,559.82** /month (Months **1** to **60**)

2. **Southbridge Homeowners Association, Inc**   Arrearage on Petition Date $ **27,291.39**
Address: **c/o Daniel Wasserstein, Esq.; Wasserstein, P.A.; 301 Yamato Road, Suite 2199; Boca Raton, FL 33431**
Account No: _____   Arrears Payment $ **545.83** /month (Months **3** to **52**)
Regular Payment $ **270.00** /month (Months **1** to **60**)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
__-NONE-__   Total Due $ _____
Payable $ _____ /month (Months __ to __)   Regular Payment $ _____

Unsecured Creditors: Pay $ **15.43** /month (Months **1** to **2**).
Pay $ **21.52** /month (Months **3** to **53**)
Pay $ **789.18** /month (Months **53** to **60**)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**AT&T**   Cellular Contract, $106.00 per month, 24 Month Contract, Expires 10/2016

**Assumed Contracts and/or Leases**
**Southeast Toyota Finance**   Vehicle Lease, 2016 Toyota Camry, 900 Miles, 36 Month Lease, 35 Months Remaining at $422.84 per month

LF-31 (rev. 01/08/10)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Manuel Gomez
Debtor

Date: July 27, 2016