**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☑  __4th__  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐  ____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Manuel Gomez**    JOINT DEBTOR: ____    CASE NO.: **16-16796**
Last Four Digits of SS# **xxx-xx-2479**    Last Four Digits of SS# ____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A.  $ **2,910.00** for months **1** to **60** ;
    B.  $ _____ for months ____ to ____ ;
    C.  $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **3,650.00**    TOTAL PAID $ **2,102.50**
Balance Due $ **1,547.50** payable $ **257.92** /month (Months **1** to **6**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **CitiMortgage Inc.**
   Address: **1000 Technology Drive; Mail Station 420; O Fallon, MO 63368**
   Account No: **770736671**
   Arrearage on Petition Date $ **11,383.41**
   Arrears Payment $ **79.10** /month (Months **1** to **6**)
   $ **202.15** /month (Months **7** to **60**)
   Regular Payment $ **1,559.82** /month (Months **1** to **60**)

2. **Southbridge Homeowners Association, Inc**
   Address: **c/o Daniel Wasserstein, Esq.; Wasserstein, P.A.; 301 Yamato Road, Suite 2199; Boca Raton, FL 33431**
   Account No: _____
   Arrearage on Petition Date $ **28,716.39**
   Arrears Payment $ **478.61** /month (Months **1** to **60**)
   Regular Payment $ **270.00** /month (Months **1** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**    Total Due $ _____
Payable $ _____ /month (Months ____ to ____)    Regular Payment $ _____

Unsecured Creditors: Pay $ **134.87** /month (Months **7** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
AT&T    Cellular Contract, Paid Direct Outside Plan, 24 Month Contract, Expires 10/2016

**Assumed Contracts and/or Leases**
Southeast Toyota Finance    Vehicle Lease, 2016 Toyota Camry, 900 Miles, 36 Month Lease, 35 Months Remaining Paid Direct Outside Plan

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____
Manuel Gomez
Debtor

Date:  October 31, 2016