# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re: Manuel Gomez                                             Case No. 16-16796-RBR

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and Claims Register to reflect the appropriate notice and payment addresses listed below.

Name of Secured Creditor                                Court Claim # (if known): 8
CITIMORTGAGE, INC

Old Address of Secured Creditor:
CITIMORTGAGE, INC.
P.O. BOX 688971
DES MOINES, IA 50368-8971

New Name and/or Address where NOTICES to Secured Creditor should be sent:
CITIMORTGAGE
CO CENLAR
425 PHILLIPS BLVD
EWING, NJ 08628

Phone: N/A

Name and/or Address where PAYMENTS to Secured Creditor should be sent (if different from above):
CITIMORTGAGE
CO CENLAR
425 PHILLIPS BLVD
EWING, NJ 08628

Phone: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Christopher P. Salamone                          Date: May 2, 2019
    Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.




## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 2, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MATTHEW MAZUR, JR
MATTHEW MAZUR, P.A.
2645 EXECUTIVE PARK DRIVE
SUITE 110
WESTON, FL 33331

MANUEL GOMEZ
510 NW 106TH TERRACE
PEMBROKE PINES, FL 33026-3950

ROBIN R WEINER
WWW.CH13WEINER.COM
POB 559007
FORT LAUDERDALE, FL 33355

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

    Robertson, Anschutz & Schneid, P.L.
    Authorized Agent for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909

    By:/s/Christopher P. Salamone
    Christopher P. Salamone, Esq.
    Florida Bar Number 75951
    csalamone@rasflaw.com