**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**DIVISION: <u>Fort Lauderdale</u>**

In re:                                                                Case No. 16-16796-RBR
                                                                      Chapter 13

**Manuel Gomez**

    <u>          Debtor              </u>/

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true copy of the **Motion To Approve Short Sale (D.E. 42) and Notice of Hearing on Motion to Short Sale (9/12/19)(D.E. 43)** was served on July 31, 2019 to all parties receiving EM/ECF and via U.S. Mail to the **Service List** attached hereto as **Exhibit "A."**


<u>/s/ Matthew E. Mazur, Jr., Esq.</u>
Matthew E. Mazur, Jr., Esq.
FBN: 0144614
Address 2645 Executive Park Drive, Suite 110
Weston, FL, 33331
Phone (305) 466-3328
Email: mmazurjr@mazur-law.com
Dated: 7/31/19

# EXHIBIT A

```
Label Matrix for local noticing                                              CITIMORTGAGE
113C-0                                                                       CO CENLAR
Case 16-16796-RBR                                                            425 PHILLIPS BLVD
Southern District of Florida                                                 EWING, NJ 08618-1430
Fort Lauderdale
Wed Jul 31 09:09:45 EDT 2019


                                        CitiMortgage Inc.
                                        1000 Technology Drive
                                        Mail Station 420
                                        O Fallon, MO 63368-2239



                                        Daniel Wasserstein, Esq.
                                        Wasserstein, P.A.
                                        301 Yamato Road, Suite 2199
                                        Boca Raton, FL 33431-4901




Office of the US Trustee                                                     Reyes Law Group, PA
51 S.W. 1st Ave.                                                             150 South Pine Island Road, Suite 210
Suite 1204                                                                   Fort Lauderdale, FL 33324-2665
Miami, FL 33130-1614


Southbridge Homeowners Association, Inc   Southbridge Homeowners Association, Inc
Firstservice Residential                  c/o Daniel Wasserstein, Esq.
POB 028103                                Wasserstein, P.A.
Miami, FL 33102-8103                      301 Yamato Road, Suite 2199
                                          Boca Raton, FL 33431-4901
```

Manuel Gomez
510 NW 106th Terrace
Pembroke Pines, FL 33026-3950

Matthew Mazur Jr
Matthew Mazur, P.A.
2645 Executive Park Drive
Suite 110
Weston, FL 33331-3624

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355-9007