**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                            Case No. 16-16796-RBR
Manuel Gomez                                                             Chapter  13

_____Debtors._____/

**AMENDED MOTION TO MODIFY CHAPTER 13 PLAN**

The Debtor, Manuel Gomez, by and through the undersigned counsel, and file this Motion to Modify Chapter 13 Plan and state:

1. This case was filed under chapter 13 on February 20, 2017.
2. An Order confirming the debtor's Fourth Amended Chapter 13 Plan was entered on November 10, 2016.
3. The debtor is seeking to modify his confirmed plan to account for the Short Sale of his Homestead Property that is the subject of a separate motion.
4. The term of the modified plan would remain 60 months.

WHEREFORE, the Debtors pray that this Honourable Court enter an order granting and approving the debtors' modified plan.

Dated: July 31, 2019.

                                                  Matthew Mazur, P.A.
                                                Attorney for the Debtors
                                                2645 Executive Park Drive, Suite 110
                                                Weston, Florida 33331
                                                Telephone: (305) 466-3328
                                                Facsimile:  (786) 347-6042

                                    By:   /s/ Matthew E. Mazur, Jr., Esq.___
                                                Matthew E. Mazur, Jr., Esq.
                                                FL Bar No. 0144614