**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 3rd _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Manuel Gomez          JOINT DEBTOR: _____          CASE NO.: 16-16796-RBR

SS#: xxx-xx- 2479             SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ■ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ■ |
| Nonstandard provisions, set out in Section VIII | ■ | ☐ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,728.78 for months 1 to 39 ;
2. $7,444.46 for months 40 to 40 ;
3. $2,137.54 for months 41 to 42 ;
4. $55.00 for months 43 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE   ☐ PRO BONO

| Total Fees: | $4150.00 | Total Paid: | $2102.50 | Balance Due: | $2047.50 |
|---|---|---|---|---|---|
| Payable | $39.67 | /month (Months 1 to 39 ) | | | |
| Payable | $500.00 | /month (Months 40 to 40 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 (Safe Harbor) + $150.00 (Costs) + $500.00 (Modification of Plan)

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: CitiMortgage
   Address: c/o Cenlar
   425 Phillips Blvd.
   Ewing, NJ 08618-1430
   Arrearage/ Payoff on Petition Date: $11,383.41
   Arrears Payment (Cure): $171.61 /month (Months 1 to 39 )

| | |
|---|---|
| Last 4 Digits of Account No.: 6671 | Regular Payment (Maintain) $1,470.23 /month (Months 1 to 39) |

Other: _____

☒ Real Property
  ☒ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☒ Escrow is included in the regular payments
  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
510 NW 106 Ter, Pembroke Pines, FL 33026

☐ Personal Property/Vehicle

Description of Collateral: Homestead Property

---

2. Creditor: Southbridge Homeowners Association, Inc.

Address: c/o Daniel Wasserstein, Esq
301 Yamato Road, Ste 2199, Boca Raton, FL 33431

Arrearage/ Payoff on Petition Date: _____
Arrears Payment (Cure)     $451.12     /month (Months 1 to 39)
Regular Payment (Maintain) $254.99     /month (Months 1 to 39)

Last 4 Digits of Account No.: _____

Other: HOA

☒ Real Property
  ☒ Principal Residence
  ☐ Other Real Property

Check one below for Real Property:
  ☐ Escrow is included in the regular payments
  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
510 NW 106 Ter, Pembroke Pines, FL 33026

☐ Personal Property/Vehicle

Description of Collateral: Homestead Property

---

B. **VALUATION OF COLLATERAL:** ☒ NONE

C. **LIEN AVOIDANCE** ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
   ☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

   B. **INTERNAL REVENUE SERVICE:** ☒ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

   D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

Debtor(s): Manuel Gomez       Case number: 16-16796-RBR

A. Pay  $222.55   /month (Months  1  to 39 )

Pay  $6,267.69  /month (Months  40  to 40 )

Pay  $1,943.22  /month (Months  41  to 42 )

Pay  $50.00    /month (Months  43  to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. <u>SEPARATELY CLASSIFIED:</u>   ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Debtor is seeking court approval for the short sale of his homestead property, which if approved will resolve the claims of CitiMortgage and of Southbridge Homeowners Association, Inc.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Manuel Gomez_ Debtor    8/11/2019 Date        _____ Joint Debtor    _____ Date

_____ Attorney with permission to sign on Debtor(s)' behalf    _____ Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**