**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**DIVISION: <u>Fort Lauderdale</u>**

**In re:**                                                                   **Case No. 16-16796-RBR**
                                                                             **Chapter 13**

**Manuel Gomez**


_____Debtor_____/

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a true copy of the **3rd Modified Plan (D.E. 54), Notice of Hearing on Motion to Modify Plan (9/12/19)(D.E. 52 )**  was served on August 14, 2019 to all parties receiving EM/ECF and via U.S. Mail to the **Service List** attached hereto as **Exhibit "A."**


/s/ Matthew E. Mazur, Jr., Esq.
Matthew E. Mazur, Jr., Esq.
FBN: 0144614
Address 2645 Executive Park Drive, Suite 110
Weston, FL, 33331
Phone (305) 466-3328
Email: mmazurjr@mazur-law.com
Dated: 7/31/19

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 16-16796-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Jul 31 09:09:45 EDT 2019 | VT Inc. as Trustee of World Omni LT<br>c/o Christina V. Paradowski, Esquire<br>110 SE 6th Str, 15th Flr<br>Fort Lauderdale, FL 33301-5004 | CITIMORTGAGE<br>CO CENLAR<br>425 PHILLIPS BLVD<br>EWING, NJ 08618-1430 |
| AT&T<br>POB 536216<br>Atlanta, GA 30353-6216 | AT&T Digital Life<br>Attn:  Collections Department<br>POB 10330<br>Fort Wayne, IN 46851-0330 | Aldous & Associates, P.L.L.C.<br>POB 171374<br>Holladay, UT 84117-1374 |
| AmerAssist/AR Solutions<br>455 Hutchinson Ave S<br>Suite 5<br>Columbus, OH 43235-5656 | Bank of America, N.A.<br>NC4-105-03-14<br>POB 26012<br>Greensboro, NC 27420-6012 | Barclays Bank Delaware<br>POB 8801<br>Wilmington, DE 19899-8801 |
| Capital Management Services, LP<br>698 1/2 Ogden Street<br>Buffalo, NY 14206-2317 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank USA, N.A.<br>POB 30285<br>Salt Lake City, UT 84130-0285 |
| Chase Bank, NA<br>Attn: Correspondence Dept<br>POB 15298<br>Wilmington, DE 19850-5298 | CitiMortgage Inc.<br>1000 Technology Drive<br>Mail Station 420<br>O Fallon, MO 63368-2239 | Citibank / Best Buy<br>Attn:  Centralized Bankruptcy<br>POB 790040<br>St Louis, MO 63179-0040 |
| Credit One Bank NA<br>POB 98873<br>Las Vegas, NV 89193-8873 | Daniel Wasserstein, Esq.<br>Wasserstein, P.A.<br>301 Yamato Road, Suite 2199<br>Boca Raton, FL 33431-4901 | FedLoan Servicing<br>POB 69184<br>Harrisburg, PA 17106-9184 |
| International Institute of Sleep<br>7500 NW 5th Street #114<br>Plantation, FL 33317-1612 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Miami Center for Advanced Cardiology<br>2845 Aventura Blvd., Suite 100<br>Aventura, FL 33180-3111 |
| Midland Funding LLC<br>2365 Northside Drive, Suite 300<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 | Northland Group Inc.<br>POB 390846<br>Minneapolis, MN 55439-0846 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Reyes Law Group, PA<br>150 South Pine Island Road, Suite 210<br>Fort Lauderdale, FL 33324-2665 |
| Southbridge Homeowners Association, Inc<br>Firstservice Residential<br>POB 028103<br>Miami, FL 33102-8103 | Southbridge Homeowners Association, Inc<br>c/o Daniel Wasserstein, Esq.<br>Wasserstein, P.A.<br>301 Yamato Road, Suite 2199<br>Boca Raton, FL 33431-4901 | Southeast Toyota Finance<br>POB 70831<br>Charlotte, NC 28272-0831 |

| | | |
|---|---|---|
| U.S. Department of Education<br>C/O FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA  17106-9184 | VT Inc. as Trustee of World Omni LT<br>c/o Christina V. Paradowski<br>110 SE 6th Street, Suite 1500<br>Fort Lauderdale, FL 33301-5039 | Visa Dept Store National Bank<br>Attn: Bankruptcy<br>POB 8053<br>Mason, OH 45040-8053 |
| Walmart / Synchrony Bank<br>PO Box 530927<br>Atlanta, GA 30353-0927 | World Omni Financial<br>6150 Omni Park Drive<br>Mobile, AL 36609-5195 | Youfit Health Club<br>7070 Coral Way<br>Miami, FL 33155-1603 |
| c/o Wasserstein, P.A.<br>301 Yamato Road, Suite 2199<br>Boca Raton, FL 33431-4901 | Manuel Gomez<br>510 NW 106th Terrace<br>Pembroke Pines, FL 33026-3950 | Matthew Mazur Jr<br>Matthew Mazur, P.A.<br>2645 Executive Park Drive<br>Suite 110<br>Weston, FL 33331-3624 |
| Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Citimortgage, inc. | (d)VT Inc. as Trustee of World Omni LT<br>c/o Christina V. Paradowski, Esquire<br>110 SE 6th Str, 15th Flr<br>Fort Lauderdale, FL 33301-5004 | End of Label Matrix<br>Mailable recipients   39<br>Bypassed recipients    2<br>Total                 41 |