UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:  Case No. 16-16796-SMG
Manuel Gomez  Chapter  13

_____Debtors._____/

## AMENDED MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor, Manuel Gomez, by and through the undersigned counsel, and file this Motion to Modify Chapter 13 Plan and state:

1. This case was filed under chapter 13 on February 20, 2017.
2. An Order confirming the debtor's Fourth Amended Chapter 13 Plan was entered on November 10, 2016.
3. An Order confirming the Debtor's Third Modified Chapter 13 Plan was entered on September 29, 2019.
4. The Short Sale that was the basis of the Third Modified Chapter 13 Plan did not go forward to closing.
5. The debtor is seeking to modify his confirmed plan to account for a new Short Sale of his Homestead Property that will be the subject of a separate motion[1].
6. The Arrearage Owed to Creditor Southbridge Homeowners Association will be paid in part at the proposed closing of the Short Sale and the balance will be paid in the remaining months of the Modified Chapter 13 Plan.
7. The term of the modified plan would change to 60 months.

WHEREFORE, the Debtors pray that this Honourable Court enter an order granting and approving the debtors' modified plan.

Dated: November 22, 2019.

        Matthew Mazur, P.A.
        Attorney for the Debtor
        2645 Executive Park Drive, Suite 110
        Weston, Florida 33331
        Telephone: (305) 466-3328
        Facsimile:  (786) 347-6042

By:   /s/ Matthew E. Mazur, Jr., Esq.
        Matthew E. Mazur, Jr., Esq.
        FL Bar No. 0144614

---

[1] Debtor's Counsel is waiting on receipt of the Final Proposed HUD Statement and Confirmation from the Servicer that the Proposed Short Sale is approved pending approval of the Bankruptcy Court.