**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 5th _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Manuel Gomez          JOINT DEBTOR: _____          CASE NO.: 16-16796-SMG

SS#: xxx-xx- 2479             SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,825.10 for months 1 to 43 ;
2. $3,917.87 for months 44 to 44 ;
3. $469.28 for months 45 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $5150.00 | Total Paid: | $2102.50 | Balance Due: | $3047.50 |
| Payable | $47.62 | /month (Months 1 to 43 ) | | | |
| Payable | $1,000.00 | /month (Months 44 to 44 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500(Safe Harbor) $150.00 (Costs) $500.00 (1st Mod Plan) $500 (Motion To Approve Short Sale) $500 (4th & 5th Mod Plan)

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: CitiMortgage
   Address: c/o Cenlar
   425 Phillips Blvd
   Ewing, NJ 08618-1430

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | _____ | |
   | Arrears Payment (Cure) | $155.65 | /month (Months 1 to 43 ) |
   | Regular Payment (Maintain) | $1,333.47 | /month (Months 1 to 43 ) |

Last 4 Digits of Account No.: 6671

Other: Approved Short Sale of Property Pending Court Approval of Motion to Approve Short Sale.

☒ Real Property
   ☒ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral: 510 NW 106 Ter Pembroke Pines, FL 33026

☐ Personal Property/Vehicle

Description of Collateral: Homestead Property (Subject to Pending Short Sale)

2. Creditor: Southbridge Homeowner's Association, Inc.

Address: c/o Daniel Wasserstein, Esq. 301 Yamato Road, Suite 2199, Boca Raton, FL 33431

| | Amount | /month | Months | to |
|---|---|---|---|---|
| Arrearage/ Payoff on Petition Date | | | | |
| Arrears Payment (Cure) | $409.16 | /month (Months | 1 | to 43 ) |
| Regular Payment (Maintain) | $231.27 | /month (Months | 1 | to 43 ) |
| Arrears Payment (Cure) | $1,697.49 | /month (Months | 44 | to 44 ) |
| Arrears Payment (Cure) | $412.35 | /month (Months | 45 | to 60 ) |

Last 4 Digits of Account No.: _____

Other: HOA- Receiving $3,240.00 at Short Sale Closing if Approved by Court and Balance of $7,882.64 owed on claim in plan

☒ Real Property
   ☒ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral: 510 NW 106th Ter Pembroke Pines, FL 33026

☐ Personal Property/Vehicle

Description of Collateral: Homestead Property (Subject to Pending Short Sale)

   B. **VALUATION OF COLLATERAL:** ☒ NONE

   C. **LIEN AVOIDANCE** ☒ NONE

   D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
      ☒ NONE

   E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
      ☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

   B. **INTERNAL REVENUE SERVICE:** ☒ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

   D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay  $448.10  /month (Months  1  to  43 )

Pay  $1,128.37  /month (Months  44  to  60 )

Pay  $10.00  /month (Months  45  to  60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED:   ■ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**: Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Debtor is seeking approval for a short sale of his homestead property, which if approved will resolve the claim of CitiMortgage and reduce the amount owed to Southbridge Homeowner's Association, Inc.'s arrearage/judgment by $3,240.00 (Paid at short sale closing), leaving $7,882.64 to be paid in the remainder of the plan to fully satisfy their filed proof of claim.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Manuel Gomez_  Debtor  12/24/2019  Date         _____ Joint Debtor  _____ Date

Manuel Gomez

_____ Attorney with permission to sign on Debtor(s)' behalf   _____ Date

By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.