UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                                                           CASE NO.: 16-16796-SMG
Manuel Gomez,                                                                                CHAPTER 13

    Debtor.
_____/

## LIMITED OBJECTION TO DEBTOR'S
## MOTION TO APPROVE "SHORT SALE" OF HOMESTEAD
## PROPERTY AND REQUEST FOR PAYMENT OF ATTORNEY'S FEES AND COSTS

COMES NOW, CITIMORTGAGE, INC. ("Secured Creditor"), by and through undersigned counsel, hereby files its Limited Objection to Debtor's Motion to Approve "Short Sale" of Homestead Property and Request for Payment of Attorney's Fees and Costs ("Motion") (DE #69) and, in support thereof, states as follows:

1. Debtor, Manuel Gomez ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on May 11, 2016.

2. Secured Creditor holds a security interest in the Debtor's real property located at 510 NW 106 TER, PEMBROKE PINES, FL 33026 (the "Property").

3. On December 16, 2019, Debtor filed Debtor's Motion to Approve "Short Sale" of Homestead Property and Request for Payment of Attorney's Fees and Costs requesting approval to short sell the property for $212,000.00.

4. Secured Creditor objects to the Motion as part of the contingency of approved short sale was that closing would take place on or before December 31, 2019.

5. Secured Creditor does not object to the Debtor's Motion to the extent that any sale is subject to Secured Creditor's lien and that Secured Creditor's lien will be paid in full at the closing of said sale based upon an up to date payoff quote.

6. In the alternative, Secured Creditor would require Debtor to request an extension of the short sale offer.

7. Secured Creditor is filing its Response in an abundance of caution, as Secured Creditor wants it to be clear that it should not be compelled to participate in a sale of the property absent payment in full of Secured Creditor's mortgage lien on the real property without being given the right to credit bid pursuant to 11 U.S.C. § 363(k).

8. Furthermore, Secured Creditor requests that failure to complete any sale within 90-days of entry of this Order will result in any Order authorizing the sale to be deemed moot.

9. Secured Creditor reserves the right to supplement this response at or prior to any hearing on this matter.

**WHEREFORE,** Secured Creditor respectfully requests the Motion be conditionally granted, and any order granting the Motion shall include the terms identified herein; and for such other and further relief as the Court deems just and proper.

>Robertson, Anschutz & Schneid, P.L.
>Attorney for Secured Creditor
>6409 Congress Ave., Suite 100
>Boca Raton, FL 33487
>Telephone: 470-321-7112
>Facsimile: 561-997-6909
>
>By: /s/April Harriott
>April Harriott, Esquire
>Florida Bar Number 37547
>Email: aharriott@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 6, 2020, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MATTHEW MAZUR, JR.
MATTHEW MAZUR, P.A.
2645 EXECUTIVE PARK DRIVE
SUITE 110
WESTON, FL 33331

ROBIN R WEINER
WWW.CH13WEINER.COM
POB 559007
FORT LAUDERDALE, FL 33355

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.  SUITE 1204
MIAMI, FL 33130

MANUEL GOMEZ
510 NW 106TH TERRACE
PEMBROKE PINES, FL 33026-3950

    Robertson, Anschutz & Schneid, P.L.
    Attorney for Secured Creditor
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 470-321-7112
    Facsimile: 561-997-6909

    By: /s/April Harriott
    April Harriott, Esquire
    Florida Bar Number 37547
    Email: aharriott@rasflaw.com