UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ 7th _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Manuel Gomez        JOINT DEBTOR: _____        CASE NO.: 16-16796-SMG

SS#: xxx-xx- 2479            SS#: xxx-xx- _____

I.    NOTICES

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A.    MONTHLY PLAN PAYMENT: This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,744.83        for months  1   to  43  ;
2. $4,272.43        for months  44  to  44  ;
3. $440.67          for months  45  to  60  ;

B.    DEBTOR(S)' ATTORNEY'S FEE:        ☐ NONE    ☐ PRO BONO

| Total Fees: $5150.00 | Total Paid: $2102.50 | Balance Due: $3047.50 |
|---|---|---|
| Payable $47.62 /month (Months 1 to 43 ) | | |
| Payable $1,000.00 /month (Months 44 to 44 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 Safe Harbor, $150.00 Costs, $500.00 1st Mod Plan, $500.00 Motion to Approve Short Sale, $500.00 4th, 5th &6th Mod Plan

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

III.    TREATMENT OF SECURED CLAIMS

A.    SECURED CLAIMS:    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

LF-31 (rev. 10/3/17)                                Page 1 of 4

Debtor(s): Manuel Gomez    Case number: 16-16796-SMG

1. Creditor: Citi Mortgage
   Address: c/o Cenlar
   425 Philips Blvd
   Ewint, NJ 08618-1430

   Arrearage/ Payoff on Petition Date: 11,383.44
   Arrears Payment (Cure): $155.65 /month (Months 1 to 43)
   Regular Payment (Maintain): $1,333.47 /month (Months 1 to 43)

   Last 4 Digits of Account No.: 6671

   Other: Approved Short Sale of Property Pending Court Approval of Motion to Approve Short Sale.

   ☒ Real Property                                Check one below for Real Property:
       ☒ Principal Residence                      ☐ Escrow is included in the regular payments
       ☐ Other Real Property                      ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

   Address of Collateral:
   510 NW 106 Tr Pembroke Pines FL 33026

   ☐ Personal Property/Vehicle

   Description of Collateral: Homestead Property (Subject to Pending Short Sale)

2. Creditor: Southbridge Homeowner's Association, Inc.
   Address: c/o Daniel Wasserstein, Esq., 301 Yamato Road, Suite 2199, Boca Raton, FL 33431

   Arrearage/ Payoff on Petition Date: $28,716.39
   Arrears Payment (Cure): $409.16 /month (Months 1 to 43)
   Regular Payment (Maintain): $231.27 /month (Months 1 to 43)

   Last 4 Digits of Account No.:

   Other: HOA- Receiving $3,240.00 at Short Sale Closing. Balance of $7,882.64 to be paid in plan.

   ☒ Real Property                                Check one below for Real Property:
       ☒ Principal Residence                      ☐ Escrow is included in the regular payments
       ☐ Other Real Property                      ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

   Address of Collateral:
   510 NW 106 Ter Pembroke Pines, FL 33026

   ☐ Personal Property/Vehicle

   Description of Collateral: Homestead property (Subject to Pending Short Sale)

3. **Creditor:** Southbridge Homeowner's Association, Inc.

   **Address:** c/o Daniel Wasserstein, Esq., 301 Yamato Road, Suite 2199, Boca Raton, FL 33431

   Arrearage/ Payoff on Petition Date
   Arrears Payment (Cure)    $1,697.04   /month (Months  44  to  44 )
   Arrears Payment (Cure)    $386.60     /month (Months  45  to  60 )

   Last 4 Digits of Account No.: _____

   Other: Balance of Arrearage to be paid in plan after short sale of homestead property.

   ☐ Real Property                          Check one below for Real Property:
     ☐ Principal Residence                  ☐ Escrow is included in the regular payments
     ☐ Other Real Property                  ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly
   Address of Collateral:

   ☐ Personal Property/Vehicle
   Description of Collateral:

   B. **VALUATION OF COLLATERAL:**    ■ NONE

   C. **LIEN AVOIDANCE**    ■ NONE

   D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
      ■ NONE

   E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
      ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:**    ■ NONE

   B. **INTERNAL REVENUE SERVICE:**    ■ NONE

   C. **DOMESTIC SUPPORT OBLIGATION(S):**    ■ NONE

   D. **OTHER:**  ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay  $448.10    /month (Months  1   to  43 )
      Pay  $1,148.15  /month (Months  44  to  44 )
      Pay  $10.00     /month (Months  45  to  60 )

      Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:**    ■ NONE

   *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
    ■ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:**    ☐ NONE

    ■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

VIII. **NON-STANDARD PLAN PROVISIONS**    ☐ NONE

Debtor(s): Manuel Gomez          Case number: 16-16796-SMG

- [■] Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

  Debtor is seeking approval of a short sale of his homestead property, which if approved by the court will resolve the claim of Citi Mortgage and reduce the amount owed to Southbridge Homeowner's Association, Inc.'s arrearage/judgment by $3,240.00 (Paid at the Short Sale Closing), leaving $7,882.64 to be paid in the remainder of the plan to fully satisfy their proof of claim.

- [ ] Mortgage Modification Mediation

PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Manuel Gomez          Debtor          1/13/2020                              Joint Debtor
Manuel Gomez                              Date                                                              Date

_____          _____
Attorney with permission to sign on          Date
Debtor(s)' behalf

By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.