# United States Bankruptcy Court
## Southern District of Florida

In re  **Manuel Gomez**                                                                     Case No.   16-16796-SMG
                                    Debtor(s)                                               Chapter    **13**

## Notice of Change of Address

Debtor's Social Security Number:     xxx-xx-2479

**My Former Mailing Address and Telephone Number was:**

Name:            **Manuel Gomez**

Street:          **510 NW 106th Terrace**

City, State and Zip:  **Pembroke PInes, FL 33026**

**Please be advised that effective June 1 , 2020,
my new mailing address is:**

Name:            **Manuel Gomez**

Street:          **13751 NW 4th Street, Apt No. D-104**

City, State and Zip:  **Pembroke Pines, FL 33028**

                                                            /s/ Manuel Gomez
                                                            **Manuel Gomez**
                                                            Debtor