## United States Bankruptcy Court
### Southern District of Florida

In re  **Manuel Gomez**                                    Case No.  16-16796-SMG
                          Debtor(s)                        Chapter   13

## Notice of Change of Address

Debtor's Social Security Number:     xxx-xx-2479

**My Former Mailing Address and Telephone Number was:**

Name:     Manuel Gomez

Street:   13751 NW 4th Street, Apt No. D104

City, State and Zip:  Pembroke Pines, Florida 33028

**Please be advised that effective** April 1, 2021
**my new mailing address is:**

Name:     Manuel Gomez

Street:   2670 Aventura Blvd., #2-106

City, State and Zip:  Land O' Lakes, Florida 34638

/s/ Manuel Gomez
**Manuel Gomez**
Debtor